*70 In re DeSambourg, Warren; DeSam-bourg, Mary B.; Schell, Albert L., Jr.,; Schell, Rosalie E.T.; Perino, Sadie; Perino, Joseph; Perino, Joann; Perino, Linda,; Mancuso, Charles; Mancuso, Angelina L.; Seibert, Joseph, Sr.,; Seibert, Mary Sciam-bra’ Melerine, Marie Elena; LaGreco, Anthony, Jr.; DiCarlo, Salvadore; LaGreco, Emile; LaGreco, Joseph; Lagreco, Linda Ann M.; Himel, Edmond E., Jr.; Heier, Erica J.; Heier, Henry G.; — Plaintiffs); applying for writ of certiorari and/or review; to the Court of Appeal, Fourth Circuit, No. 91CA-2104 and other Consolidated Cases; Parish of Plaquemines, 25th Judicial District Court, Div. “B”, No. 26-747 and other Consolidated Cases.
Granted.
MARCUS, J., not on panel.